**Exhibit A to the Complaint**

**Location:** Mahopac, NY

**Total Works Infringed:** 89

**IP Address:** 100.33.253.137

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>7762CBBE6C9FB1534FF0CF55C10E854AB3F7B0A6<br>File Hash:<br>BDDC682B3B47C3CDA898F2029A36EF5F25706CA537E8EDB40534C680C6A67E5C | 11-11-2021<br>15:47:47 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 2 | Info Hash:<br>F4C3503ABE5315155B4A64427362A51FD395A73C<br>File Hash:<br>A70518FCE6A19B5B182D848D273D737599A267D70202671CCCC83C70A5044DEE | 11-09-2021<br>17:43:46 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 3 | Info Hash:<br>74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash:<br>C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 11-06-2021<br>20:33:26 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 4 | Info Hash:<br>D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 11-06-2021<br>20:27:55 | Blacked<br>Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 5 | Info Hash:<br>5AE06657B0A1262628E416B5D64EAC7FB92CE5AF<br>File Hash:<br>FD3BB85EFD41C7A2A819AD2ADA565E4AF1A3EE6DF78ADEF9603C1BE66561E3F0 | 11-01-2021<br>18:15:13 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 6 | Info Hash:<br>1FBAD8F90D864550D63CD05A7924A75B686E5302<br>File Hash:<br>BFCC75D79B0A13C65DD783C40EC97C868CDF5679D57346333DC6F985F1404F8C | 10-25-2021<br>16:52:07 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 7 | Info Hash:<br>AD63AF3BF180ED28C5D87EF0933249B57BC66294<br>File Hash:<br>499760B9C3767B564404A75FF9798320F63E0EAAB5D02BA5F1FCA6A5C54E2FC3 | 10-25-2021<br>16:51:18 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 8 | Info Hash:<br>DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash:<br>2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 10-20-2021<br>19:17:30 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash:<br>FA37740D9E7044B7F207B74D25434C7D3F937905<br>File Hash:<br>832AAAB63729BB4B8594F2B6EAF8C9C3EEE6703A0AACDC8E6EB24C13BE3FE5D9 | 10-20-2021<br>19:17:00 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 10 | Info Hash:<br>4CE0AE35C1227D3C626CAB88BF26E15C024E4C59<br>File Hash:<br>A540DA9A9D0B22A592246AE221A5A34F320CD5BCB8B30E1CFF6AD1C2106502DF | 10-20-2021<br>19:13:29 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 11 | Info Hash:<br>48763EB4612121123855F281322DE1CB502DE07D<br>File Hash:<br>EF232B2670D7836517A9C66EE4B21FB631441CC887F313CA953A869BB54C3676 | 10-04-2021<br>17:14:36 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 12 | Info Hash:<br>5E3EE3C04A734916F44384558A7B5A5CD86D22A9<br>File Hash:<br>662626198753F06CE5869D75C00627A6BDF01C532494F46913512AB350149ED1 | 10-04-2021<br>17:13:51 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 13 | Info Hash:<br>2FE39DF8781D43017B7FB8AC8C075450D2905953<br>File Hash:<br>1CCBC4D087B8FDA6170A39A4B2695E889057090CF7054FF3FE8488859B277DC5 | 09-30-2021<br>19:13:19 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 14 | Info Hash:<br>343469C81E554999AA138B4E8CF3EF6ED54D4389<br>File Hash:<br>4571AC943DDA6169990985020A86CDD327E998F1CA7DC94CE1742C508289DDF3 | 09-30-2021<br>19:11:39 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 15 | Info Hash:<br>E895A41D78A039F714C4F3C30491EA2F3FCE4B35<br>File Hash:<br>37B08BA5FC4C27630984E855BE49E906D16D01979D265E4E6E83679D71914A06 | 09-26-2021<br>22:13:35 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 16 | Info Hash:<br>0E02F7035E6C0A7B806023E254BE4B877B859AFE<br>File Hash:<br>061A655D71EED8816773D4D81C2685BE46EEACFFE09679F1D84F8255267C6A3C | 09-26-2021<br>21:40:59 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 17 | Info Hash:<br>44510C39CBDE623DB076713726B8EE66A5153FA8<br>File Hash:<br>86FF2D94459908CB93FD1A67A831204DD7F2EDB3EDBEB5538D485E3FD012349E | 09-26-2021<br>21:39:37 | Blacked<br>Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash:<br>E554777F019DD9134EAC9056AA84649792BCC102<br>File Hash:<br>B848DF2927CCCE235CBC6B646CB73F83E076FDC3121219B290EFCD5225FAD851 | 09-26-2021<br>21:35:38 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 19 | Info Hash:<br>81B754848E758295267C8F5A0C61B49648FAF122<br>File Hash:<br>F8569ABFA44E499C9579796053CD159215AA1893FCA5DAA8DD70A22F6450D182 | 09-26-2021<br>21:28:47 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 20 | Info Hash:<br>64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash:<br>2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 09-15-2021<br>14:58:42 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 21 | Info Hash:<br>FD220C989B2F1D54F48CB4441C7AC5BAD1246831<br>File Hash:<br>CEB26E178FA727066505A20D6AFACB06BFA34499CC66F90441F93ECDB19000C0 | 09-15-2021<br>14:51:26 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 22 | Info Hash:<br>FD6024BEF3762A73A62D6ED2A0473D9631E4AB2D<br>File Hash:<br>E4527D72B244EF3581F2F345D213ED85995D3CA3AEB835822E61F2E526A69B46 | 09-15-2021<br>14:32:01 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 23 | Info Hash:<br>27F711CD1E984692EFDAC08F768C0A058D9863BE<br>File Hash:<br>F0E7F2B2D51DFA0C4376CD8AF9101332172F54BC9879EEE817641C784863E199 | 09-15-2021<br>14:30:09 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 24 | Info Hash:<br>70535E9E0E92734658E621BFAE369A6057364ECC<br>File Hash:<br>7F65E85969993002150C75C05AD7D4690560C8695A6A06B0755CE3C493208FA6 | 09-15-2021<br>14:28:28 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 25 | Info Hash:<br>5845D3D8530911963BD289C07AD7D241DEB9F034<br>File Hash:<br>9DF8198E31B6B594B6D0F2E43262C8AEB894EE1438CFEB12DE477E98E3113438 | 09-01-2021<br>16:46:50 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 26 | Info Hash:<br>B22286C1F80403E5873A5A3F15FB4B270FB4CDFE<br>File Hash:<br>8EF209FB4B8236108E2F39BFE8228149F9871441CB59BC82AE25A07165DC070E | 09-01-2021<br>14:11:53 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>5A59531B02D99875E2ECB6CD3A984AF141B03494<br>File Hash:<br>2B69C5DDBDB938EB6C9C4DC7B6F93B354CB28EA3AE3B84B58818D50FA11D7FDF | 09-01-2021<br>14:04:17 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 28 | Info Hash:<br>B07A7A408F38E5428BD38675450B8DC9FF3C8655<br>File Hash:<br>9DBAF250B3BD5FBD84315D9C15652DA984D02784AAEEC6D30AE35993B9FFFD0B | 09-01-2021<br>14:00:41 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 29 | Info Hash:<br>6A328AABCF7CDD40C99581F826A9C9C318749BCE<br>File Hash:<br>7BE314A684BD8C045D306FAF9F04E860583C69C2C94FF76D41BF3B9F0810BE1C | 09-01-2021<br>13:50:59 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 30 | Info Hash:<br>479FDBBC359D15C3CBD97EB355B7D1CF0A410CC0<br>File Hash:<br>F5218A278FFE7AF54DDE34F81D2896EB9FAF358DCB6BDC8741F8D913FFC1BE27 | 09-01-2021<br>13:49:48 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 31 | Info Hash:<br>E446942F4BBFBF5F2C32AAE0B632138FF5C915CD<br>File Hash:<br>FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 08-23-2021<br>20:25:15 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 32 | Info Hash:<br>255160E86155DBC843F84DED7BCF5BC87BBA2303<br>File Hash:<br>AA390BFD1CBD2E575EC3D090B14FE7D66C626E190293D2D44C1D9377776C0887 | 08-23-2021<br>12:20:52 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 33 | Info Hash:<br>DB8787A15D7F79AE6172B90270950685D88C0FAC<br>File Hash:<br>71703382467E412A069169BBB0661023A3536F5CD0C6D87ABB8747CDBAC78946 | 08-23-2021<br>01:17:44 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 34 | Info Hash:<br>D2D8C7800A880994A20A40AFB47554A53098D354<br>File Hash:<br>BD51A392B180B77E916B16403ADF3937CE185A5AB20F9E7F5D6B184FA23E835A | 08-23-2021<br>00:55:54 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 35 | Info Hash:<br>CEC10FBC799303F362E6CA7B6E08695B2F798416<br>File Hash:<br>EB5CDFF88DDEBC17672B207FA58C01914C36CDA6C7E1982DA7A28B3C575BB3B2 | 08-22-2021<br>18:27:18 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash:<br>5029C453454EB441DBCE3309353F8A37540142FC<br>File Hash:<br>D294A9AD2AA3888AE44DB63505DB1284E5D1E2E9D756CB3346D93BF7C2C9F9D6 | 08-22-2021<br>18:25:45 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 37 | Info Hash:<br>E44B0C6F7A01CCC34A2FE51FD243B3C14C5E74F7<br>File Hash:<br>15C79F268D28DF2068534D92A643FD322B01F850FCEE123D7DD2B3E510124988 | 08-12-2021<br>14:18:47 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 38 | Info Hash:<br>C326FC8CDAB42A394F7D27083316D706929B6363<br>File Hash:<br>6A372296AB5107B384A176E44713F9FAC0D22D437D480F25C4AC5689D314E7CB | 08-12-2021<br>14:18:26 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 39 | Info Hash:<br>B8AC373F129DC3F69B25C0ECA1C8982EC6326C10<br>File Hash:<br>AE6193A296A04E79260C32E1746A2BD5CCE6BF7F5A778EB0538F5B65B5EAE2D4 | 08-12-2021<br>14:15:14 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 40 | Info Hash:<br>71C2517E55C86AFDAAFBF4008A586150D4B624CB<br>File Hash:<br>FA81833FBE4D1F9BAB7D3296DA72E7F96DE460F82C9ECCC3679182E5F3651E1E | 08-12-2021<br>14:13:28 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 41 | Info Hash:<br>22BB06A7B917E23F7DD4C86EE71A1D96A43D2573<br>File Hash:<br>F3AA21B888026133F6222373DA65B762814D9FADAEDCC05B4AD954FE1666E072 | 08-12-2021<br>14:10:45 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 42 | Info Hash:<br>1D935A62F16EF42075C521A42D453CAB7BA7C368<br>File Hash:<br>8D159ADC28DDFC5B4BB6E608B489C2B3211B90C5DE1F4B59C26CC2BCEBF132BD | 08-01-2021<br>17:51:59 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 43 | Info Hash:<br>9D1856700B91C39D8A241F97686AB25781DE0068<br>File Hash:<br>F23AFB12A245B3128094DEA7643020281A07036BDD7795ED9B72152023839579 | 07-25-2021<br>22:35:35 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 44 | Info Hash:<br>454F1DF89C04DC37D4751C74FDA2BD1524A7BF87<br>File Hash:<br>5AB87E700F6CE71C5A22ED3D85E819CA76CFCFFEB03C2C9A518AEAEE5BD5BD0C | 07-25-2021<br>22:28:32 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash:<br>4831FEBC4D4E06083489EF221B1D1E2AD3A85BB6<br>File Hash:<br>AA70B2D49F15B5A8DAD3C050472A5DF26C709F35218C282B36B18DB6D2DE9DD4 | 07-25-2021 22:01:46 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 46 | Info Hash:<br>56C6277D305C0F5E24EC146D5E71FEDC48F29D2A<br>File Hash:<br>5F5C74C568C51E81E3C92D7AABDEDEB9BCE7626D36E99FDD03BAC670B0D62C10 | 07-25-2021 22:00:55 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 47 | Info Hash:<br>FD17C5E159C050BE7489971D45A6256F4C23EC59<br>File Hash:<br>F94DB7DEF9721BCB649CB610BB058D2BC4C13349DD937132519D8DCF4E043F4C | 07-25-2021 21:59:19 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 48 | Info Hash:<br>9EA31AFE28590EEB8AB3516AE38669AFDD224576<br>File Hash:<br>CBA22494F1E2EF699314BEA06731F872EA22C2AD33EBBC5C491266EBEE51531D | 07-25-2021 21:57:52 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 49 | Info Hash:<br>79801902E9A0FEFE34380623442048AC4E5A331A<br>File Hash:<br>B8CAE93F4A58262496E7E9510798C34B60F40D120DDEF322365CB6BD02331780 | 07-25-2021 21:48:01 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 50 | Info Hash:<br>8FE454532F961AE980D8066965837CB312F3855B<br>File Hash:<br>8122C17D45871C8026032B26BAC4AA8102AE73CFBDA08EEAF29C9FE16C5DA195 | 07-25-2021 21:42:19 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 51 | Info Hash:<br>1DC17DD1BEDEA422F14AA22032051E9083D386C6<br>File Hash:<br>9814480CBE9C55A9A65825A2045A15BAE2E6969257D970C16BA4327E77C28716 | 07-15-2021 18:25:46 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 52 | Info Hash:<br>5967A179ECB17E915F3957FADEC80E9B2D5B9669<br>File Hash:<br>438A13F42E95B96712064573C99921F9AFBF1427A47586982260C2CAA5E6B528 | 07-15-2021 18:10:30 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 53 | Info Hash:<br>69C9F53211EBED75C554695B75810F89D9FDC88F<br>File Hash:<br>37EE312AE69282603F1ED35C678EC4177E248F39AD21555A0C70531A8F677883 | 07-15-2021 18:05:44 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 54 | Info Hash:<br>770136E9D2E9281EEC061D14122146DB652256E4<br>File Hash:<br>CF89C2D36DB8CFF7034E1AB60888CB7DD101565F2FA06D1407A625282C41DD4C | 07-15-2021<br>18:05:38 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 55 | Info Hash:<br>0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash:<br>B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-05-2021<br>00:32:41 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 56 | Info Hash:<br>1E4D9151E4CEC98F69A92CD6D6FE68C5E8972F23<br>File Hash:<br>6FF23A945682BC54C4CBB35994A2BCE8AACE536D816BCEED05F7426578356633 | 05-27-2021<br>15:02:04 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 57 | Info Hash:<br>6A92ED95AA76F89E27CFF587A77FFFDE83362E81<br>File Hash:<br>81257EA14F9E6CD648CA3C84F68F6A91B67032FD55A247ADCA1F38514DF12A0C | 05-27-2021<br>14:58:10 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 58 | Info Hash:<br>AB18E686D8BB4C2C0B9988769FBA6B09D1CC3A5B<br>File Hash:<br>5EA8D9D7E2392F0CFAE8CF0CAFE6EF9A696E57669DE792EBEF1B80148116EAA0 | 05-27-2021<br>14:57:17 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 59 | Info Hash:<br>F3A56FB24B2D38FBF36EA4BEDFA1229299BEF6F5<br>File Hash:<br>B215D9EE13B23D22DEEB29D2EAB102D34CAF24679286EE578125674E5D884608 | 04-06-2021<br>21:33:55 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 60 | Info Hash:<br>205D3A9661157A480B0F42DA64F0505A35F0A479<br>File Hash:<br>86DA3C4E150C892D2E27331090C9F83BEDD90B836C4BA4C2A1A16E168BFEA92F | 03-15-2021<br>19:35:46 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 61 | Info Hash:<br>E721CB3522454CD23162C832B1DF12EEEF30FA66<br>File Hash:<br>29E9E17752C20D336B9920CBF37C14D629BB5F51B0631F551F1F7024A2AA13D1 | 03-15-2021<br>19:31:45 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 62 | Info Hash:<br>8666D5CBEE6B6BC016DE5162D7C5F7D1FBCDBEF8<br>File Hash:<br>2014840060C2B9579304D2FF2D25467406E88013665C71D3231B0A2A43E7888A | 01-15-2021<br>20:07:44 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash:<br>E2529AD1ACD8EC46DE229ECACF9C639F20BB2AB5<br>File Hash:<br>99193320D6CFBBCDFECCF746602542A5751F0ABFBAE8ABFB15E4CCE3E9A40AC2 | 01-15-2021<br>19:58:13 | Tushy | 11-08-2020 | 12-09-2020 | PA0002274932 |
| 64 | Info Hash:<br>D36F51AF58B1257DB20537BE0F8C83CD5B2656FF<br>File Hash:<br>E5C3FF6DDB02CD5910543747455B9E1AA258A27B6DDD5C286B81087C919C35B9 | 01-15-2021<br>19:45:39 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 65 | Info Hash:<br>005AEFFC499B30912206AA9B519BA056A5357EFA<br>File Hash:<br>43CB26B429814283D368AEF82FF9258FF727D5358A11DBEE523A18C40B6534D3 | 01-15-2021<br>19:41:38 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 66 | Info Hash:<br>AFBEEF344772C20D59F868E17C18AC3E2751823D<br>File Hash:<br>F9BD11BCF4D478356E2069BCC1D22CBB67F06715B13884E97C16A232D216EF90 | 01-15-2021<br>19:28:19 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 67 | Info Hash:<br>E9C4DE1739D578D51FC5B18D2E150BB4883D3EA2<br>File Hash:<br>72AFD88113D049E0EAF18D1AE167A60C2D2B40D36DA409D63BAF60140606B97D | 01-15-2021<br>19:23:09 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 68 | Info Hash:<br>73554FFBC3738FD084087C0DBD1B77FF52A5E6F9<br>File Hash:<br>EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 01-15-2021<br>19:19:35 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 69 | Info Hash:<br>B325B7E8107FC52C71CCBA7A995E4E75AED840B1<br>File Hash:<br>00C5EB6E231D7C6BAC34B9BF59414E24089B2DDAE038D1EB410827A14D8A5084 | 01-04-2021<br>16:36:09 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 70 | Info Hash:<br>998D889AC133E44A451ADAA9C89CE64C3514FBE5<br>File Hash:<br>2F74CC0A9BF6B310FD57C4A213A195D653A4A6DC6AD050D61903295596AD7358 | 01-04-2021<br>15:25:29 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 71 | Info Hash:<br>D702D009EB68CCFCCED118FF97BC6DFFFC22A38E<br>File Hash:<br>EEB5F417612E98224C56B6D41EBFFE1E1E502D06E897E6B9C94C4B48BAC263DD | 01-04-2021<br>01:11:39 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash:<br>4AA93186E0A96EC8888A46CCF6454D511DC03417<br>File Hash:<br>FCBD4BBE4EF9DC191FC0B5197F480EBD9D1EFF2592DF7B195A98E5F3ADA0F99B | 01-03-2021<br>21:05:51 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 73 | Info Hash:<br>C9A467A8A65A07AA99D50240FB885BE86E8C300F<br>File Hash:<br>BCB2155D8B58AEA2A4915E75FD4D25D88A478132E235EF742FAED3308E7AD974 | 01-03-2021<br>21:04:54 | Tushy | 06-10-2018 | 07-14-2018 | PA0002128387 |
| 74 | Info Hash:<br>DA31BC39E2561AB40B3027DA7A0719F2ABB32FDC<br>File Hash:<br>76D622357FCB1D09948D7EEAED85B1DE8295AD4C4980A3D1DC003E1B791C541A | 01-03-2021<br>21:02:21 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 75 | Info Hash:<br>C067DBC227DB94E5FB957E6FAE57B192B8561351<br>File Hash:<br>3E909592198DE6BF9D3DEB7AE4487C211B65DA13FC563501821AAED16352916D | 01-03-2021<br>20:58:55 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 76 | Info Hash:<br>5733CB389589A7BEB0FAEFDD9ADD05D8831F348C<br>File Hash:<br>672DE03B312F2EE9B98E43665B53936138FF0EB9D8D1CD44D361AF312E1C8C00 | 01-03-2021<br>20:58:36 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 77 | Info Hash:<br>5742974D6016C0F917194A79D9F4287AECA57738<br>File Hash:<br>734B72482EA39C28D81E23A1F7D9346B76573AF8BEA190C2A0B0E113D353C00A | 01-03-2021<br>20:58:02 | Tushy | 03-12-2017 | 05-25-2017 | PA0002049786 |
| 78 | Info Hash:<br>7E32EEA259FEC7C467285172D773CBB48BC43C6B<br>File Hash:<br>289F90643B744068059848994286269666790EC0E9FE7FCDA6FE8EA60096F41A9 | 01-03-2021<br>20:57:48 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 79 | Info Hash:<br>4FAC110570D68E90B2A52663660D6AF09472B7F1<br>File Hash:<br>9BC61FF105452F31585F40AC65D50CA633FDE9A5A183BB669B407A1E748464B5 | 01-03-2021<br>20:56:40 | Blacked | 11-16-2017 | 11-21-2017 | PA0002098042 |
| 80 | Info Hash:<br>33D1C4D7E36BD8F46B4F572DD9092EAC570D61C0<br>File Hash:<br>F7813E4F4B26D663190A6DA264B419D46362DF334B8BA9676E04FE638C7A8926 | 01-03-2021<br>20:55:36 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash:<br>276936219415D29826F0AD8266C3D9835AC46263<br>File Hash:<br>DF6521B38E09F8D987DF73CEF0CC8101B607A6EF1A8A659CBF85C6A40A3607B5 | 01-03-2021<br>20:53:13 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 82 | Info Hash:<br>592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash:<br>23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-03-2021<br>20:51:35 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 83 | Info Hash:<br>C8D9C0C90A2CB6299E043AA870049EB5D948572B<br>File Hash:<br>AC78EC6F8974E9CEFED94A8266D95E53E1715A928C946608AE0832BD357009A1 | 01-03-2021<br>20:45:31 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 84 | Info Hash:<br>E286F7AA73F577065776C5D29062592717619591<br>File Hash:<br>BB8C31BE21E18A2CC4F9AF12F04E4BFE930E2FE2C010CE7780EB79F2B57AB516 | 01-03-2021<br>20:42:54 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 85 | Info Hash:<br>8245C5788FC65E9D62956E93E248CD39C1D9C4BB<br>File Hash:<br>975E94CE108E87746A1BCDB1B386358D187DFD235A37B2073EEEB230677272F8 | 01-03-2021<br>20:41:26 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 86 | Info Hash:<br>DC51BC65295AEE5DC56843D1E2A3CE91668DE8FE<br>File Hash:<br>9419A554483D17AA047E538B745DAF56BF15D37674E85F9832D3F60F94F81D6B | 01-03-2021<br>20:36:44 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 87 | Info Hash:<br>DA9FBFFC088AD92001B561EC5A41ECAF118B8875<br>File Hash:<br>D9FBBD612DCE61B63876FAE24CE33FFD3284FE217088B3B900002FBFF455E5D9 | 01-03-2021<br>20:36:14 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 88 | Info Hash:<br>81BFFE6717CCBC71DD0EAA78C2F7260AD1561138<br>File Hash:<br>89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 01-03-2021<br>20:35:46 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 89 | Info Hash:<br>53DBC421CF5384D37518C1A29380129A6AF37382<br>File Hash:<br>558B55C2563BC3BEE935B78524FEBEC0139B789D52197377F77894FF1EE844B9 | 01-03-2021<br>20:35:00 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |